THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORAELLA VELA VALADEZ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J ASTRUE, Commissioner of Social Security Administration,<br><br>Defendant. | CASE NO. C12-2146-JCC<br><br>ORDER TRANSFERRING CASE |

The Court, having reviewed Plaintiff's complaint, the Order to Show Cause dated December 12, 2012, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 6);

(2) This action is TRANSFERRED to the United States District Court for the Eastern District of Washington Pursuant to 28 U.S.C. 1406(a);

(3) Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 2) is DENIED as moot; and

(4) The Clerk is respectfully directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

1   DATED this 2nd day of January 2013.

2

3

4

5

6

7
John C. Coughenour
8
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TRANSFERRING CASE
PAGE - 2